UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM AL-MONTASER,<br><br>Plaintiff<br><br>v.<br><br>JEH JOHNSON, et al.,<br><br>Defendants | CASE NO. 1:16-CV-957 AWI SKO<br><br>**ORDER CLOSING CASE IN LIGHT OF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(Doc. Nos. 12, 14) |

On November 3, 2016, Plaintiff filed a notice of voluntary dismissal without prejudice. See Doc. No. 14.

Rule 41(a)(1), in relevant part, reads:

(A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served. Because Plaintiff has exercised his right to voluntarily dismiss his complaint without prejudice under Rule 41(a)(1), this case has terminated automatically. See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692. Additionally, because this case automatically terminated on November 3, 2016, Defendants' Rule 12(b)(1) motion to dismiss is now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Rule 12(b)(1) motion to dismiss (Doc. No. 12) is DENIED AS MOOT; and
2. The Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal without prejudice.

IT IS SO ORDERED.

Dated:   November 4, 2016                    _____
                                             SENIOR DISTRICT JUDGE